FILED

2007 NOV 19 PM 12: 50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>            Plaintiff,   )<br>  )<br>     v.   )<br>  )<br> RICARDO ROBERTO GONZALEZ-   )<br>     CAMACENA (1),   )<br> LUISA GONZALEZ-PIZARRO (2)   )<br>  )<br>            Defendants.   ) | Case No. 06cr1035-BTM<br><br>AMENDED ORDER OF CRIMINAL FORFEITURE |

On August 30, 2007, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of RICARDO ROBERTO GONZALEZ-CAMACENA ("Defendant One"), and on September 21, 2007, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of LUISA GONZALEZ-PIZARRO ("Defendant Two"), in certain properties listed in the Forfeiture Allegation's of the Superseding Information, namely,

    a.    All that lot of parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at **xxxx** Conquistador, Oceanside, California, more particularly described as:

        Lot 117 of Rancho Del Oro Village III, Tract 3.1 in the City of Oceanside, County of San Diego, State of California, according to map thereof no. 12293, filed in the Office of the County Recorder of San Diego County, January 12, 1989. A.P.N. 161-651-53-00.

b. Approximately $193,739.00 in United States currency that was seized on or about October 28, 2004 from the residence at xxxx Conquistador, Oceanside, California.

c. Approximately $121,300.00 in United States currency that was seized on or about October 28, 2004 from the residence at xxxx Jefferson Street, Carlsbad, California.

d. Approximately $19,714.49 in United States currency that was seized on or about December 17, 2004 from account number xxxxxxx772 held in the name of Luisa E. Pizarro at Wells Fargo Bank.

e. Approximately $8,2788.78 in United States currency that was seized on or about December 17, 2004 from account number xxxxxxx904 held in the name of Luisa E. Pizarro at Wells Fargo Bank account number xxxxxxx904 held in the name of Luisa E. Pizarro at Wells Fargo Bank.

On September 14, 21, and 28, 2007, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n), and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of the forfeiture.

1  Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as
2 a result of the failure of any third party to come forward or file a
3 petition for relief from forfeiture as provided by law, all right,
4 title and interest of RICARDO ROBERTO GONZALEZ-CAMACENA AND LUISA
5 GONZALEZ-PIZARRO, and any and all third parties in the following
6 properties are hereby condemned, forfeited and vested in the
7 United States of America:

8     a. All that lot of parcel of land, together with its
9        buildings, appurtenances, improvements, fixtures,
10        attachments, and easements, located at xxxx Conquistador,
11        Oceanside, California, more particularly described as:

12            Lot 117 of Rancho Del Oro Village III, Tract 3.1 in
            the City of Oceanside, County of San Diego, State of
13            California, according to map thereof no. 12293, filed
            in the Office of the County Recorder of San Diego
14            County, January 12, 1989. A.P.N. 161-651-53-00.

15     b. Approximately $193,739.00 in United States currency that
16        was seized on or about October 28, 2004 from the residence
17        at xxxx Conquistador, Oceanside, California.

18     c. Approximately $121,300.00 in United States currency that
19        was seized on or about October 28, 2004 from the residence
20        at xxxx Jefferson Street, Carlsbad, California.

21     d. Approximately $19,714.49in United States currency that was
22        seized on or about December 17, 2004 from account number
23        xxxxxxx772 held in the name of Luisa E. Pizarro at Wells
24        Fargo Bank.

25     e. Approximately $8,2788.78 in United States currency that was
26        seized on or about December 17, 2004 from account number
27        xxxxxxx904 held in the name of Luisa E. Pizarro at Wells
28        Fargo Bank.

1       That $54,090.91 in United States Currency that was seized on or
2  about December 17, 2004 from account number xxxxxxx335 held in the
3  names of Ricardo Roberto Gonzalez and Luisa Pizarro at Union Bank of
4  California will not be forfeited to the government.
5       That costs incurred by the United States Customs and Border
6  Protection and any other governmental agencies which were incident to
7  the seizure, custody and storage of the property be the first charge
8  against the forfeited property; and
9       That The United States Customs and Border Protection shall have
10 the authority to evict any and all occupants of the above-referenced
11 real property when necessary; such eviction to be by lawful process and
12      That as soon as the forfeited real property is sold by the
13 United States, the Attorney General shall pay to Mortgage Electronic
14 Registration Systems, Inc. ("MERS"), as agreed by the United States
15 and MERS in a joint motion filed with the Court August 24, 2007, to
16 the extent of MERS's secured interest in the defendant property, the
17 principal balance then outstanding on the Note, together with all
18 accrued and unpaid interest under the Note on the date of such sale,
19 plus any advances made by MERS or Countrywide, as servicer of the loan
20 for MERS, pursuant to the Deed of Trust for unpaid real property
21 taxes, assessments, insurance or otherwise.
22      6.   That the Court order the United States Customs and Border
23 Protection Service or their designated agent to dispose of the
24 property forthwith in accordance with the law.
25 DATED: November 19, 2007

                                    HONORABLE BARRY TED MOSKOWITZ
                                    United States District Court